**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 01-2214**

———

HAYWOOD ALLEN CANNON,

Plaintiff - Appellant,

versus

RUSSELL W. DUKE, JR.; LOIS B. MEYER,

Defendants - Appellees.

———

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (CA-00-52-7-F)

———

Submitted:  February 21, 2002      Decided:  March 4, 2002

———

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Haywood Allen Cannon, Appellant Pro Se.  Staci Tolliver Meyer, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Haywood Allen Cannon appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cannon v. Duke, No. CA-00-52-7-F (E.D.N.C. Sept. 7, 2000 & Aug. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED